1  Luis A. Ayon, Esq.
Nevada Bar No. 9752
2  Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
3  **Maier Gutierrez Ayon**
8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
Telephone: 702.629.7900
5  Facsimile:  702.629.7925
E-mail:    laa@mgalaw.com
6             mes@mgalaw.com

7  *Attorneys for Defendant*
*Poshbaby LLC Series 3511 Desert Cliff #201*

8

9                **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11

12  THE BANK OF NEW YORK MELLON f/k/a/          Case No.: 2:16-cv-02719-APG-NJK
   THE BANK OF NEW YORK, AS TRUSTEE,
13  ON BEHALF OF THE REGISTERED
   SHAREHOLDERS OF ALTERNATIVE               **STIPULATION AND ORDER TO EXTEND**
14  LOAN TRUST 2006-OA7, MORTGAGE            **DEADLINE TO FILE OPPOSITION TO**
   PASS-THROUGH CERTIFICATES, SERIES         **PLAINTIFF'S MOTION TO LIFT THE**
15  OA7,                                     **COURT'S ADMINISTRATIVE STAY [ECF**
                                            **NO. 11]**
16                          Plaintiff,
   vs.                                       **[FIRST REQUEST]**
17
   POSHBABY LLC SERIES 3511 DESERT
18  CLIFF #201, a Nevada limited liability
   company; CLIFF SHADOWS
19  HOMEOWNERS' ASSOCIATION, a Nevada
   non-profit corporation,
20
                           Defendants.
21

22       IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff The

23  Bank of New York Mellon f/k/a The Bank of New York, as Trustee, on Behalf of the Registered

24  Shareholders of Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series

25  OA7 ("BNY"), by and through its attorneys of record, the law firm Ballard Spahr and defendant

26  Poshbaby LLC Series 3511 Desert Cliff #201 ("Poshbaby"), by and through its attorneys of record,

27  the law firm Maier Gutierrez Ayon, that the deadline for Poshbaby to file an opposition to

28  BNY's motion to lift the Court's administrative stay [ECF No. 11] filed on January 18, 2017, shall



1

1   be continued for two (2) weeks, until February 20, 2017.  BNY shall have up to and including

2   March 2, 2017 in which to file its reply.

3          The requested extension is necessary to allow Poshbaby sufficient time to review and

4   appropriately respond to BNY's motion.  This is the parties' first request for an extension and is

5   not intended to cause delay or prejudice to any party.

6   DATED this 30th day of January, 2017.       DATED this 30th day of January, 2017.

7   **MAIER GUTIERREZ AYON**          **BALLARD SPAHR LLP**

8

9        _/s/ Luis A. Ayon_____       _/s/ Sylvia O. Semper_____

10  LUIS AYON, ESQ.                     ABRAN E. VIGIL, ESQ.
    Nevada Bar No. 9752               Nevada Bar No. 7548

11  MARGARET E. SCHMIDT, ESQ.      SYLVIA O. SEMPER, ESQ.
    Nevada Bar No. 12489             Nevada Bar No. 12863

12  8816 Spanish Ridge Avenue        100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89148          Las Vegas, Nevada 89106
    _Attorneys for Defendant_           _Attorneys for Plaintiff The Bank of New York_

13  _Poshbaby LLC Series 3511 Desert Cliff #201_   _Mellon f/k/a The Bank of New York, as Trustee,_
    _on Behalf of the Registered Shareholders of_

14  _Alternative Loan Trust 2006-OA7, Mortgage_
    _Pass-Through Certificates, Series OA7_

15

16

17                             **IT IS SO ORDERED.**

18

19                             UNITED STATES DISTRICT COURT JUDGE

20

21                             DATED this 30th day of January, 2017.

22

23

24

25

26

27

28



2