

1  Luis A. Ayon, Esq.
   Nevada Bar No. 9752
2  Margaret E. Schmidt, Esq.
   Nevada Bar No. 12489
3  **Maier Gutierrez Ayon**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
5  Facsimile:  702.629.7925
   E-mail:     laa@mgalaw.com
6              mes@mgalaw.com

7  *Attorneys for Defendant*
   *Poshbaby LLC Series 3511 Desert Cliff #201*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE REGISTERED SHAREHOLDERS OF ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES OA7,<br><br>Plaintiff,<br>vs.<br><br>POSHBABY LLC SERIES 3511 DESERT CLIFF #201, a Nevada limited liability company; CLIFF SHADOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:16-cv-02719-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO LIFT THE COURT'S ADMINISTRATIVE STAY [ECF NO. 11]**<br><br>**[SECOND REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee, on Behalf of the Registered Shareholders of Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series OA7 ("BNY"), by and through its attorneys of record, the law firm Ballard Spahr and defendant Poshbaby LLC Series 3511 Desert Cliff #201 ("Poshbaby"), by and through its attorneys of record, the law firm Maier Gutierrez Ayon, that the deadline for Poshbaby to file an opposition to BNY's motion to lift the Court's administrative stay [ECF No. 11] filed on January 18, 2017, shall

1

be continued for two (2) weeks, until March 7, 2017.  BNY shall have up to and including March 14, 2017 in which to file its reply.

  The requested extension is necessary to allow Poshbaby sufficient time to review and appropriately respond to BNY's motion.  This is the parties' second request for an extension and is not intended to cause delay or prejudice to any party.

DATED this 22nd day of February, 2017.     DATED this 22nd day of February, 2017.

**MAIER GUTIERREZ AYON**    **BALLARD SPAHR LLP**

 /s/ Luis A. Ayon          /s/ Sylvia O. Semper     
LUIS AYON, ESQ.            ABRAN E. VIGIL, ESQ.
Nevada Bar No. 9752          Nevada Bar No. 7548
MARGARET E. SCHMIDT, ESQ.      SYLVIA O. SEMPER, ESQ.
Nevada Bar No. 12489          Nevada Bar No. 12863
8816 Spanish Ridge Avenue       100 North City Parkway, Suite 1750
Las Vegas, Nevada 89148        Las Vegas, Nevada 89106
*Attorneys for Defendant*         *Attorneys for Plaintiff The Bank of New York*
*Poshbaby LLC Series 3511 Desert Cliff #201*  *Mellon f/k/a The Bank of New York, as Trustee,*
                       *on Behalf of the Registered Shareholders of*
                       *Alternative Loan Trust 2006-OA7, Mortgage*
                       *Pass-Through Certificates, Series OA7*

               **IT IS SO ORDERED.**

               _____
               UNITED STATES DISTRICT JUDGE

               Dated: February 22, 2017

