1 | Abran E. Vigil
Nevada Bar No. 7548
2 | Sylvia O. Semper
Nevada Bar No. 12863
3 | BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
4 | Las Vegas, Nevada 89106
Telephone: (702) 471-7000
5 | Facsimile: (702) 471-7070
vigila@ballardspahr.com
6 | sempers@ballardspahr.com

7 | *Attorneys for Plaintiff The Bank of New York Mellon, f/k/a the Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE REGISTERED SHAREHOLDERS OF ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES OA7<br><br>Plaintiff,<br><br>vs.<br><br>POSHBABY LLC SERIES 3511 DESERT CLIFF #201, a Nevada limited liability company; CLIFF SHADOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation<br><br>Defendants. | Case No. 2:16-cv-02719-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO DEFENDANT CLIFF SHADOWS HOMEOWNERS' ASSOCIATION'S RESPONSE TO BANK OF NEW YORK MELLON'S MOTION TO LIFT STAY [ECF NO. 20]**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff The Bank of New York Mellon, f/k/a the Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7 ("BNYM"), by and through its counsel of record, Ballard Spahr LLP, and Defendant Cliff Shadows Homeowners' Association

DMWEST #16185622 v1

("Cliff Shadows"), by and through its attorneys of record, Boyack, Orme & Anthony, the deadline for BNYM to file a reply to Defendant Cliff Shadows' Response to BNYM's Motion to Lift Stay [ECF No. 20] filed on February 21, 2017, shall be continued until March 14, 2017.

The requested extension is necessary because BNYM and defendant Poshbaby LLC Series 3511 Desert Cliff #201 ("Poshbaby") have entered a stipulation to extend the deadline for Poshbaby to file its opposition to the Motion to Lift the Stay. Out of efficiency, The Bank of New York Mellon wishes to respond to both Cliff Shadows and Poshbaby in a single reply. This is the parties' first request for an extension and is not intended to cause delay or prejudice to any party.

Dated: this 24th day of February, 2017.

| BALLARD SPAHR LLP | BOYACK ORME & ANTHONY |
|---|---|
| By: /s/ Sylvia O. Semper<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Kelley K. Blatnik<br>Kelley K. Blatnik, *Of Counsel*<br>Nevada Bar No. 12768<br>Edward D Boyack<br>Nevada Bar No. 5229<br>401 N. Buffalo Drive #202<br>Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiff Bank of New New York Mellon, f/k/a the Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7* | *Attorneys for Defendant Cliff Shadows Homeowner's Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 2/27/2017

2

DMWEST #16185622 v1