Abran E. Vigil
Nevada Bar No. 7548
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com

*Attorneys for Plaintiff The Bank of New York Mellon, f/k/a the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES OA7,<br><br>Plaintiff,<br><br>vs.<br><br>POSHBABY LLC SERIES 3511 DESERT CLIFF #201, a Nevada limited liability company; CLIFF SHADOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-2719<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT POSHBABY LLC'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff The Bank of New York Mellon, f/k/a the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7 ("Trustee") and Defendant Poshbaby LLC Series 3511 Desert Cliff #201 ("Poshbaby") hereby stipulate and move the Court for a thirty-day extension of time for Trustee to file a memorandum in

DMWEST #38272663 v1

opposition to the Motion for Summary Judgment [ECF No. 44] filed by Poshbaby on September 5, 2019.

The original deadline for Trustee's opposition to the Motion for Summary Judgment is September 26, 2019. The Court previously granted a two-week stipulated extension of the deadline to October 10, 2019. The parties now seek to extend Trustee's deadline to respond to November 11, 2019, to, among other things, facilitate ongoing settlement discussions. The parties stipulate and agree that no party will be prejudiced by the requested extension and that it is not sought for purposes of delay.

The parties accordingly stipulate and move the Court to extend the deadline for Trustee to file a response to Poshbaby's Motion for Summary Judgment to November 11, 2019.

Dated: October 10, 2019

| BALLARD SPAHR LLP | AYON LAW PLLC |
|---|---|
| By: /s/ Joseph Sakai<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Joseph P. Sakai, Esq.<br>Nevada Bar No. 13578<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff The Bank of New York Mellon* | By: /s/ Luis Ayon<br>Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Ave., Suite 115<br>Las Vegas, Nevada 89147<br><br>*Attorney for Defendant Poshbaby LLC Series 3511 Desert Cliff #201* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 10, 2019.

2

DMWEST #38272663 v1