| | |
|---|---|
| 1 | LUIS A. AYON, ESQ. |
| 2 | Nevada Bar No. 9752 |
| | **AYON LAW, PLLC** |
| 3 | 8716 Spanish Ridge Avenue, Suite 115 |
| | Las Vegas, Nevada 89148 |
| 4 | Telephone: (702) 600-3200 |
| | Facsimile: (702) 947-7110 |
| 5 | E-Mail: laa@ayonlaw.com |
| | *Attorneys for Defendant,* |
| 6 | *Poshbaby LLC Series 3511 Desert Cliff #201* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES OA7,<br><br>Plaintiffs,<br><br>v.<br><br>POSHBABY LLC SERIES 3511 DESERT CLIFF #201, a Nevada limited liablity company; CLIFF SHADOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendant. | Case No.: 2:16-cv-02719-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT POSHBABY LLC SERIES 3511 DESERT CLIFF #201'S REPLY TO PLAINTIFF BANK OF NEW YORK'S OPPOSITION [ECF NO. 50] TO DEFENDANT POSHBABY LLC SERIES 3511 DESERT CLIFF #201'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 44]** |

COMES NOW, Defendant, Poshbaby LLC Series 3511 Desert Cliff #210, a Nevada Limited Liability Corporation, by and through its counsel of record, Luis A. Ayon, Esq., of the law firm of Ayon Law, PLLC, and Plaintiff, The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificate Holders of Cwalt, Inc., Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series OA7, by and through its counsel, Abran E. Vigil, Esq., and Joseph P. Sakai, Esq., of law firm of Ballard Spahr LLP, and pursuant to LR IA 6-1, hereby stipulate to and agree to providing Defendant and extension of time to file its Reply

to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, up to and including December 9, 2019.

DATED this 25th day of November, 2019.      DATED this 25th day of November, 2019.

**AYON LAW, PLLC**      **BALLARD SPAHR LLP**

 /s/ *Luis A. Ayon, Esq.*       /s/ *Joseph P. Sakai, Esq.*
LUIS A. AYON, ESQ.      ABRAN E. VIGIL, ESQ.
Nevada Bar No. 9752      Nevada Bar No. 7548
8216 Spanish Ridge Ave., #115      JOSEPH P. SAKAI, ESQ.
Las Vegas, Nevada 89148      Nevada Bar No. 13578
*Attorneys for Poshbaby LLC Series 3511 Desert Cliff #201*      1980 Festival Plaza, Suite 900
Las Vegas, Nevada 89135
*Attorneys for Bank of New York*

DATED this 25th day of November, 2019.

**BOYACK ORME & ANTHONY**

 /s/ *Patrick Orme, Esq.*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
PATRICK A. ORME, ESQ.
Nevada Bar No. 7853
401 North Buffalo Drive, Suite 202
Las Vegas, Nevada 89145
*Attorneys for Cliff Shadows Homeowners' Association*

## ORDER

    IT IS SO ORDERED.

    Dated: November 25, 2019.

                                               UNITED STATES DISTRICT COURT JUDGE